John F. Harrell, for Appellee.

———

Willet Groover, Appellant, v. The State Bank of Orlando, Appellee.

An appeal from a Decree of the Circuit Court within and for the County of Orange.

Appeal dismissed on motion of counsel for appellee at costs of appellant.

Jones & Jones, for Appellant;

Massey & Warlow, for Appellee.